UNITED STATES DISRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,                        Case No. 17-cr-20688-01

v.                                         Hon. Matthew F. Leitman

CLEMON CRUM, JR., a/k/a JAY,

        Defendant.

___

## **ORDER EXTENDING PRESENTENCE INVESTIGATION TIMEFRAME**

This matter having come before the Court upon the stipulation of the parties, the Court finds that the extension of three (3) weeks is necessary to conduct the Presentence Investigation Interview.

**IT IS SO ORDERED.**

                                          /s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: December 15, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 15, 2017, by electronic means and/or ordinary mail.

                                          s/Holly A. Monda
                                          Case Manager
                                          (810) 341-9764